UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN ERSHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19 CV 1200 RWS |
| | ) |
| KEEP RUNNING TRUCKING CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file first amended complaint [13] is denied without prejudice for failure to attach the proposed amended complaint as an exhibit to the motion.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day of May, 2019.