UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWIN ERSHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19 CV 1200 RWS |
| | ) | |
| KEEP RUNNING TRUCKING CORP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file first amended complaint [16] is granted, and the amended complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motion to strike or for more definite statement [10] is denied as moot as it was directed to the original state court petition.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2019.