UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN ERSHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19 CV 1200 RWS |
| | ) |
| KEEP RUNNING TRUCKING CORP., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

On December 4, 2019, the Court granted the joint motion to stay this case. The Court further ordered the parties to file a joint memorandum advising the Court on the status of this case within ten (10) days of plaintiff receiving the Notice of Claim Determination from the Receivership Court. A review of the file reveals that the parties have not advised the Court on the status of this case since October 27, 2020.

Accordingly,

**IT IS HEREBY ORDERED** that within ten (10) days of this Memorandum and Order the parties shall file a joint memorandum advising the Court of the status of this case.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2022.