UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWIN ERSHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19 CV 1200 RWS |
| | ) | |
| KEEP RUNNING TRUCKING CORP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On December 4, 2019, the Court granted the joint motion to stay this case.  The parties

last advised the Court on the status of this case on February 2, 2022, requesting the Court stay

the case an additional four months.  [Doc. 43].  That time has now expired, and the parties have

not filed any additional status reports or requested a dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that within ten (10) days of this Memorandum and Order

the parties shall file a joint memorandum advising the Court of the status of this case.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2022.