UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN ERSHEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:19 CV 1200 RWS |
| KEEP RUNNING TRUCKING CORP., et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Based upon the joint report of the parties [45],

**IT IS HEREBY ORDERED** that the stay of this case is continued pending further Order of the Court; however, the parties shall file joint status reports advising the Court of the status of this case every three months, with the first report being due no later than October 5, 2022.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2022.